| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| | Robert McCoy, No. 9121 |
| 2 | 1980 Festival Plaza Drive, Suite 650 |
| | Las Vegas, Nevada 89135 |
| 3 | Telephone: (702) 792-7000 |
| | Facsimile: (702) 796-7181 |
| 4 | Email: rmccoy@kcnvlaw.com |
| 5 | REED SMITH LLP |
| | Jaclyn M. Setili Wood *(pro hac vice forthcoming)* |
| 6 | Three Logan Square |
| | 1717 Arch Street, Suite 3100 |
| 7 | Philadelphia, Pennsylvania 19130 |
| | Telephone: (215) 851-8100 |
| 8 | Facsimile: (215) 851-1420 |
| | Email: jsetiliwood@reedsmith.com |
| 9 | |
| 10 | Attorneys for Defendant Abbott Laboratories Inc. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAVINDRANATH V. PUROHIT, an individual, | Case No. 2:25-cv-01026-JAD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| ABBOTT LABORATORIES INC., a Delaware Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

KAEMPFER
CROWELL

22002.00001

Plaintiff Ravindranath V. Purohit and defendant Abbott Laboratories Inc. ("Abbott") stipulate to continue the time for Abbott to respond to the complaint (ECF No. 1-1) by 21 days, from June 18, 2025 to July 9, 2025.[1]

This is the first extension requested to continue this deadline. Abbott seeks this brief continuance to accommodate conflicts with its attorneys' respective travel and trial schedules and also accommodate an upcoming surgery for Abbott's Nevada counsel.

| RAICH LAW PLLC | KAEMPFER CROWELL |
|---|---|
| s/ Sagar Raich<br>Sagar Raich, No. 13229<br>Brian Schneider, No. 15458<br>2280 East Pama Lane<br>Las Vegas, Nevada 89119<br><br>Attorneys for Plaintiff Ravindranath V. Purohit | Robert McCoy, No. 9121<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>REED SMITH LLP<br>Jaclyn M. Setili Wood *(phv forthcoming)*<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia, Pennsylvania 19130<br><br>Attorneys for Defendant Abbott Laboratories Inc. |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 18, 2025

---

[1] Under Fed. R. Civ. P. 81(c)(2)(C), Abbott's response to the complaint was due on Jne 18, 2025—seven days after removal.