KAEMPFER CROWELL
Robert McCoy, No. 9121
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com

REED SMITH LLP
Jaclyn M. Setili Wood *(pro hac vice)*
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, Pennsylvania 19130
Telephone:  (215) 851-8100
Facsimile:  (215) 851-1420
Email: jsetiliwood@reedsmith.com

Attorneys for Defendant Abbott
Laboratories Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAVINDRANATH V. PUROHIT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES INC., a Delaware Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01026-JAD-EJY<br><br><br>**STIPULATION TO STAY DISCOVERY PENDING MOTION TO DISMISS** |

KAEMPFER
CROWELL

1    Plaintiff Ravindranath V. Purohit and Defendant Abbott Laboratories

2  Inc. ("Abbott") stipulate to stay discovery for the following reasons:

3      1.    In response to the complaint (ECF No.1-1), Abbott filed a motion

4  to dismiss (ECF No. 12) on July 9, 2025.  Plaintiff's response is currently due on

5  July 23, 2025.

6      2.    The motion to dismiss seeks dismissal of all claims in this case,

7  with prejudice, on the basis that Plaintiff's claims re preempted by federal law under

8  21 U.S.C. § 360k(a) (express preemption clause) and/or 21 U.S.C. § 337(a) (FDCA's

9  "no private right of action" clause).

10     3.    The parties agree that the commencement of discovery should be

11  stayed until this motion to dismiss is decided because, if granted, it will resolve all

12  claims in this case and requires no discovery to decide nay issues in that motion.

13  Fed. R. Civ. P. 1's goal of a "just, speedy, and inexpensive determination of every

14  action and proceeding" are best met by this temporary stay to conserve judicial and

15  party resources.  *See Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev.

16  2013).

17     4.    The relevant factors that determine whether to stay discovery

18  pending resolution of a potentially dispositive motion justify granting a stay here.

19  *See Kor*, 294 F.R.D. at 581 ("[M]otions to stay discovery may be granted when: (1)

20  the pending motion is potentially dispositive; (2) the potentially dispositive motion

21  can be decided without additional discovery; and the Court has taken a 'preliminary

22  peek' at the merits of the potentially dispositive motion and is convinced that the

23  plaintiff will be unable to state a claim for relief.").

24

**KAEMPFER**
**CROWELL**

1    For these reasons, the parties request the Court stay discovery pending

2    decision on ECF No. 12 and direct the parties to file a discovery plan and scheduling

3    order within 14 days after ECF No. 12 is decided if the case has not been dismissed.

4    RAICH LAW PLLC                          KAEMPFER CROWELL

5

6    _s/ Sagar Raich_
     Sagar Raich, No. 13229                   Robert McCoy, No. 9121
7    Brian Schneider, No. 15458               1980 Festival Plaza Drive, Suite 650
     2280 East Pama Lane                      Las Vegas, Nevada 89135
     Las Vegas, Nevada 89119
8
                                              REED SMITH LLP
9    Attorneys for Plaintiff                  Jaclyn M. Setili Wood *(pro hac vice)*
     Ravindranath V. Purohit                  Three Logan Square
10                                            1717 Arch Street, Suite 3100
                                              Philadelphia, Pennsylvania 19130
11
                                              Attorneys for Defendant Abbott
12                                            Laboratories Inc.

13

14                        **ORDER**

15        IT IS SO ORDERED.

16

17                        UNITED STATES MAGISTRATE JUDGE

18                        DATED:  July 10, 2025

19

20

21

22

23

24